I Fuentes. yoandris. R:

v. S

FILED
2021 JAN 26 AM 11:33
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

inspector. general
501. south calhaun. st
Tallahassee. FL 32399-

Fuentes. vistim. - VS- united states district of court middle district of Florida Jacksonvilli division. 300. Hogan st. suited #9-150. Jacksonville, FL 32202-4271.

plaintiF be fuentes- V·S- offender, gilt. secretary, Florida specialict. department of correcrion [desoto·C·I.] on 12-14-2018.

case: 3:20- CV-1420-J-20JBT.

I Fuentes. [1] plaintiff is the refers to in this case ~~[struck out]~~
this cases: 3:19-CV-215-J-39MCR.
this case: 3:18-CV-1349-J-25JRK.
this case: 3:18-CV-1429-J-34PdB.
this case: 3:19-CV-867-J-32PdB.
this case: 3:19-CV-868-J-39JBT.
this. case: 3:19-CV-1401-J-39JRK.
this. case: 3:19-CV-1446-J-20MCR.

want question? what do you tolk to me about severe Letter. also I'm is the one victim the abuse in all this cases. and I feel hurt to my body. self. For all abuse what do you to see.

I Fuentes. would Like to sue the department of correction. [desoto.C.I.] For [$1,000,000.] million. for to write falsity document statement fact. and with criminal History.

[aggravated Assault, on this victim [his] girlfriend with a kicher knife false imprisonment.] on 12-14-2017. Stating:

But. I Fuentes. is A victim the false infamous, with falsify document. and identify oneself. with romance. to villain about vip to very important person. that to

department of correction [desoto.C.I.] to has me. wrap en complexion to complicate. ect. to involve. me. for those subject. to that I am Fuentes. has nothing to do. From [knowledge. up.]

But this is one want false Lack. what do you have at me. to because I am in all time. the state Florida. have me in prison. But I'm will did not to do eny bad action. and against. the nobody. to. inside the state of Florida prison: pireod. But I'm would Like to Lawsuit. you for to put my Life. Lawer dangl. with staff officer. For false infamous, allegation get altogether: pireod. and you dont has shore and clemency to me. up and this Lawsuet. civil right complaint 1983. [5] admand. federal Law processid:

**Yoandris Rosales Fuentes** B11236
Union Correctional Institution
P.O. Box 1000
Raiford, FL 32083

I would like to let you know that if you due to again. dissmissed all those cases. what that I send to you. But in the same another time. more. to charge me. again. [$350] Filing. to so please. this is all what that I need From you to do A full to do. But. I need want ship of the steamer. commercial. the military with all argument. up. with armed forces. also I'm would Like to keep up possition. And all suprema of court. For me.

But now to believer me. that I'm is the victim physical abuse. But to need stop. play corrupt sexual action.

and for good compesaction to

and

and I need the release date the this two Family. member. Lebdan. Jesus. alvarez. caballero. DC# +95548. and

carnet javier ~~RFM0580~~

and I need the department of justicia. with the ~~~~ beautiful more. Lady up. to for good conpensaction. action. to for myself. also I am is man. also to say. that this is the one good country to ~~~~ have opportunity)d. and I need to approved the new offert that to has 65% and 71% ~~~~. to. date Release to inmates. out the prison. Livert. Liveren Ha estos dos. presos. de sus cargo. y pongan lo de Liverta:

yo-quiero todas las cupatria Federal. y stuatal. y La court. suprema de fortmayers. para mi. como reconpenza ~~~~. y yo! quiero digirir. las Ley Federal. y encontra de, los. corrupti. cuala mi. ~~han~~. Hecho daño. ami en los. estado unido. de norte américa: pues. Haprendan Ha tomar sus. actos. de diriginte. y respecten~~~~. y despues. yo! tomo los. mio. y ~~~~. yo quiero Ha ~~~~



I Fuentes. yoandris R.: case: 3:19-CV-215-J-39MCR. document 17th Filed 7-26-2019. pager 1 of 2 pageId 74th: To also to referent Id: <1865 3084: of fmd.uscouts.gov> subject: activity. to against. staff person. d.o.c. gilt.

VS

sgt. SILVIAR.
And
inspector. general. williams. post.
to are the staff bieng it responsible the all inmates. to that him is the victim abuse. with staff person. Julie Jones.

But. I Fuentes. would Like to sue the district of court. U.S.
300. north Hogan st. suite 9-150. Jacksonville. FL 32202-4271:: truth.

To because I was in charge [$350.] Filing is discharge. But my lawsuit. against you ELIZABETH. M. WARREN. is do you was charge me. [$350] Filing with no face to face. the state law. judge. and I'm would like to sue you ELIZABETH. for to money damage and frivolous, malicious. or failing: to was wrote falsify document and criminal history [$350.] Filing: But I Fuentes. ask question to you. ELIZABETh. try to put me. the face to face. you and face to face judge. to:

Also I Fuentes. would like to participate in the suprema of court. because I'm want to face to face defendant sgt. Silvari. who him was Assault/battery on me. on 7-27-2018. 4:3 pm at the department of corrections sawannee C.I. But I Fuentes. was a victim of physical Abuse and I would like sue for [$17,000,000, 7 million dollars against. this sexual corrup [dOC] sgt. Silvari But to Elizabeth. m. warran. law clerk of office court. to is you cant not Approved me. came back to go to court. the Face to Face the Judge. so please be careful. to me because

I Fuentes. would like to sue the Judge. right Now. to For sexual corrupt action to. For that him is a complice the Abuse. dont permit, to allow. to the Federal law.

But. to need REMOVE out those $350. Filing the my statement Fact account. right now also I will sopuse to be the Face to Face. the Judge. on that To was charge me. $350 Filing. in the same time. truth. case 3:19-cv-215-J-39 MCR. document 17th Filed 07-26-2019 . truth

But. to Elizabeth. to need bieng remember about. also if you not put me. in the court. Face. to Face. the Judge. so this is cases. close